IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRST NIAGARA RISK MANAGEMENT, INC. | : | CIVIL ACTION |
| v. | : | |
| JOHN A. FOLINO | : | NO. 16-1779 |

ORDER

AND NOW, this 7th day of June, 2016, upon consideration of the Rule 16 conference held in Chambers today, and with the agreement of the parties, it is hereby ORDERED that:

1. The parties shall EXCHANGE initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by June 22, 2016; and

2. The parties shall COMPLETE all discovery in this matter by December 1, 2016.

BY THE COURT:

/s/ Stewart Dalzell, J.