IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRST NIAGARA RISK MANAGEMENT, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN A. FOLINO | : | NO. 16-1779 |

ORDER

AND NOW, this 11th day of August, 2016, upon consideration of plaintiff First Niagara's motion to compel, defendant John A. Folino's motion to disqualify the e-discovery vendor Eqip eDiscovery Solutions, Inc. from this matter, and Folino's motion for a protective order, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff First Niagara's motion to compel (docket entry # 25) is GRANTED;

2. Defendant John Folino shall immediately PERMIT Eqip eDiscovery Solutions, Inc. to search his personal computer devices and email accounts using the following search criteria:

- All emails, texts, and text chains containing one of the following search terms:
    - Tek86@comcast.net
    - robertjacomen@gmail.com
    - gpnassib@gmail.com
    - Ace08055@gmail.com
    - Jcgacg13@yahoo.com
    - todd@novellifinanccil.com
    - paul@trustrti.com
    - john@trustrti.com
    - Trident
    - Radnor
    - Kolongowski or Tom!
    - Jacomen or Robert!
    - Gil! Or Nassib!

- - o Adrian! Or Miles
    o April! Or Giumento!
    o Dwyer!
    o Jim or James or Bell
    o FNRM or "First Niagara"
    o Cary or Cohrs
    o "American Cement"
    o Lehigh
    o castle
    o The names of 78 clients, and variations of those names, in Folino's book of business with First Niagara
    o RTI
    o Weitzel or Rae

- Date Range: January 1, 2014 to April 27, 2016

- The production of all text messages and text message strings that contain one or more of the above-referenced terms

    3.    First Niagara's request for fees and costs associated with the motion to compel is DENIED;

    4.    Defendant Folino's motion to disqualify Eqip eDiscovery Solutions, Inc. is DENIED; and

    5.    Defendant Folino's motion for a protective order (docket entry # 30) is DENIED.

BY THE COURT:

/s/ Stewart Dalzell, J.
Stewart Dalzell, J.